# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Petitioner,

v.

MARTIN H. EAVES and
RICHARD E. CURRIE,

    Respondents.

CIVIL ACTION NO.: CV514-013

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Franklin Williams ("Williams") filed Objections. In his Objections, Williams contends that his petition is not a second or successive petition, as he presents claims which have never been entertained. Contrary to Williams' assertions, this petition is a second or successive petition, and he failed to obtain the proper authorization from the Eleventh Circuit Court of Appeals allowing this Court to entertain the relative merits of his claims. 28 U.S.C. § 2244(b)(3).

Williams' Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Williams' petition for writ of

habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this _8_ day of _____August_____, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA